**GEORGETOWN RAIL EQUIPMENT COMPANY, Plaintiff-Appellee**

v.

**HOLLAND L.P., Defendant-Appellant**

**2016-2297**

United States Court of Appeals, Federal Circuit.

August 1, 2017

Dana M. Herberholz, Attorney, Christopher Cuneo, Senior Attorney, Jamie K. Ellsworth, Esq., Attorney, Parsons Behle & Latimer, Boise, ID, C. Kevin Speirs, Parsons Behle & Latimer, Salt Lake City, UT, for Plaintiff-Appellee

Daniel J. Schwartz, Kathryn Ann Feiereisel, Faegre Baker Daniels LLP, Chicago, IL, Lauren J. Frank, Attorney, Timothy E. Grimsrud, Attorney, Faegre Baker Daniels LLP, Minneapolis, MN, for Defendant-Appellant

Before Reyna, Schall, and Wallach, Circuit Judges.

## ORDER TO SHOW CAUSE

Per Curiam.

Because the record in this case contains extensive material marked as confidential, the court has issued its opinion dated August 1, 2017 under seal. The court does not believe, however, that the opinion contains confidential material.

The parties are hereby ordered to show cause, by means of a single joint response coordinated among the parties, why the opinion should not be unsealed. The response to this order must specify which words, if any, are proposed to be redacted, and must specifically state the cause for each such requested redaction. If the parties propose redactions, the response to this order must also propose specific words to replace each of the proposed redactions in an unsealed opinion. The joint response shall be filed no later than August 15, 2017.